UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DENISE JAMES**                                                                                    **CIVIL ACTION**

**VERSUS**                                                                                            **NO. 23-1687-JWD-EWD**

**NATIONAL CONTINENTAL
INSURANCE COMPANY, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 26, 2024 (Doc. 20), to which no objection was filed;

**IT IS ORDERED** that the Motion to Remand (Doc. 9) filed by Plaintiff Denise James, is **DENIED**, and this matter referred to Magistrate Judge Erin Wilder-Doomes for entry of a scheduling order.

Signed in Baton Rouge, Louisiana, on September 10, 2024.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**